**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

MELISSA A. MORGAN,

          Petitioner,     :     Case No. 1:19-cv-093

  - vs -                            District Judge Douglas R. Cole
                                  Magistrate Judge Michael R. Merz

WARDEN,
  Dayton Correctional Institution

                                :
          Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is transferred from Magistrate Judge Bowman to Magistrate Judge Merz. The case remains assigned to District Judge Cole for final decision.

March 12, 2020.

                                                          s/ *Michael R. Merz*
                                               United States Magistrate Judge